MICHAEL C. RUOTOLO *v.* MADISON INLAND
WETLANDS AGENCY

The plaintiff's petition for certification for appeal from the Appellate Court (AC 13521) is denied.

*Michael C. Ruotolo,* pro se, in support of the petition.

*Gail S. Kotowski,* in opposition.

Decided September 20, 1994

STATE OF CONNECTICUT *v.* KEVIN LEE JACKSON*

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 599 (AC 11674), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the defendant's claim regarding limiting instruction on the defendant's felony conviction was not reviewable for failure substantially to comply with Practice Book § 852?"

The Supreme Court docket number is SC 15044.

*Suzanne Zitser,* assistant public defender, in support of the petition.

*Jack W. Fischer,* assistant state's attorney, and *Susan C. Marks,* assistant state's attorney, in opposition.

Decided September 20, 1994